**ZANDRA L. LOPEZ**
California State Bar No. 216567
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Zandra_Lopez@fd.org

Attorneys for Mr.Cruz-Zavala

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07MJ2762 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| DAVID OSVALDO CRUZ-ZAVALA, | |
| Defendant. | |

     Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

                                                        Respectfully submitted,

Dated: November 29, 2007                 */s/ ZANDRA L. LOPEZ*
                                                        Federal Defenders of San Diego, Inc.
                                                        Attorneys for Defendant
                                                        Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 29, 2007            /s/ ZANDRA L. LOPEZ
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA  92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     Zandra_Lopez@fd.org (email)